IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) WILFREDO ISAAC DELGADO a/k/a "El Gordo"<br>**2) MICHAEL NAVEDO-ERAZO**<br>Defendants | CRIMINAL 11-0291CCC |

**ORDER**

Having considered the Report and Recommendation filed on October 31, 2011 (**docket entry 52**) on a Rule 11 proceeding of defendant Michael Navedo-Erazo (2) held before U.S. Magistrate Judge Bruce J. McGiverin on October 31, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Navedo-Erazo is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 31, 2011. The **sentencing hearing is set for February 9, 2012 at 4:30 PM**.

At San Juan, Puerto Rico, on November 14, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge